DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEVEN FOSTER,**
Appellant,

v.

**DARDEN RESTAURANTS, INC.** a Florida corporation,
and **EMILY LEWIS,** an individual,
Appellees.

No. 4D19-922

[February 27, 2020]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. CACE-18-023307 (08).

Chris Kleppin and Chelsea A. Lewis of Glasser & Kleppin, P.A., Plantation, for appellant.

Laurie M. Weinstein and Aaron Reed of Littler Mendelson, P.C., Miami, for appellee Darden Restaurants, Inc..

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GERBER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***